UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIRANDA L. DAY,

    Plaintiff,

v.                               CASE No. 8:10-CV-2463-T-33TGW

PERSELS & ASSOCIATES, LLC,
et al.,

    Defendants.

_____ :

ORDER

THIS CAUSE came on to be heard upon the Unopposed Motion for Oral Argument by Defendants Ascent One Corporation, 3C Incorporated, Freedompoint Corporation n/k/a Careone Services, Inc. and Bernaldo Dancel on Pending Motion to Dismiss for Lack of Personal Jurisdiction and/or to Compel Arbitration and Stay Action or, in the Alternative, to Dismiss Class Action Complaint (Doc. 56), and the Unopposed Motion for Oral Argument by Defendants, Persels & Associates, LLC, Jimmy B. Persels, Robyn R. Freedman, Ruther & Associates, LLC, and Neil J. Ruther on Pending Motion to Dismiss (Doc. 59). It is, upon consideration

ORDERED:

That the Unopposed Motion for Oral Argument by Defendants Ascent One Corporation, 3C Incorporated, Freedompoint Corporation n/k/a Careone Services, Inc. and Bernaldo Dancel on Pending Motion to Dismiss for Lack of Personal Jurisdiction and/or to Compel Arbitration and Stay Action or, in the Alternative, to Dismiss Class Action Complaint (Doc. 56), and the Unopposed Motion for Oral Argument by Defendants, Persels & Associates, LLC, Jimmy B. Persels, Robyn R. Freedman, Ruther & Associates, LLC, and Neil J. Ruther on Pending Motion to Dismiss (Doc. 59) are hereby GRANTED to the extent that oral argument on the motions (Docs. 25, 39) is hereby SCHEDULED at 2:30 P.M., on APRIL 6, 2011, in Courtroom 12B, at 801 North Florida Avenue, Tampa, FL.

DONE and ORDERED at Tampa, Florida, this 8th day of March, 2011.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE