UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIRANDA L. DAY,
for herself and all persons
similarly situated,

    Plaintiff.

v.                                                Case No.: 8:10-cv-2463-T-33TGW

PERSELS & ASSOCIATES, LLC,
et al.,

    Defendants.
_____/

## JOINT MOTION FOR LEAVE TO AMEND THE
## CASE MANAGEMENT REPORT AND EXTEND THE DEADLINE
## FOR PLAINTIFF'S CLASS CERTIFICATION MOTION
## AND INCORPORATED MEMORANDUM OF LAW

All parties to this case, by and through their respective counsel, and pursuant to Rules 6(b) and 26(f) of the Federal Rules of Civil Procedure, respectfully request that the Court enter an Order granting the parties leave to amend the Case Management Report and extend the current deadline for Plaintiff's Motion for Class Certification, as set forth in the following incorporated memorandum of law:

1.    The parties to this case jointly filed their Case Management Report in this track three case on February 10, 2011. (Doc. #54.)

2.    On April 6, 2011, Magistrate Judge Thomas G. Wilson held oral argument on the following motions: Defendants Ascend One Corporation, 3C Incorporated, FreedomPoint Corporation n/k/a Careone Services, Inc. and Bernaldo Dancel's Motion to Dismiss for Lack of Personal Jurisdiction and/or to Compel Arbitration and Stay Action or, in the Alternative,

to Dismiss Class Action Complaint (Doc. #25); and Defendants' Persels & Associates, LLC, Ruther & Associates, LLC, Jimmy B. Persels, Neil J. Ruther and Robyn R. Freeman's Motion to Dismiss Class Action Complaint (Doc. #39). The parties have consented to Magistrate Judge Wilson for disposition of those motions. (Doc. ## 55, 58.)

3. During the hearing, Plaintiff requested the opportunity to file an amended complaint. The Court, in turn, provided Plaintiff thirty (30) days within which to file an amended complaint. (Doc. #67.)

4. In light of the proceedings, the parties request leave to amend the Case Management Report previously filed with the Court. The parties believe that the deadlines proposed in the original Case Management Report are no longer realistic and will need to be amended to take into consideration the additional time necessary for the pleadings to be framed in this case. The parties therefore propose that they hold a second case management conference within thirty-five (35) days from the entry of an Order granting this Motion to discuss the deadlines that should govern this case. The parties will file an Amended Case Management Report on or before May 18, 2011.

5. The Preliminary Pretrial Conference in this matter is scheduled for May 20, 2011, before Magistrate Judge Wilson. (Doc. #69.) The Amended Case Management Report will therefore be filed in advance of the Preliminary Pretrial Conference.

6. In addition, Plaintiff has indicated that additional time will be needed to file Plaintiff's motion for class certification. The current deadline for Plaintiff's motion is April 15, 2011. (Doc. #53.) The parties propose that this deadline be discussed during the second case management conference that the parties propose in paragraph 4 above. A new proposed

deadline for Plaintiff's motion for class certification will be discussed during the conference and proposed in the Amended Case Management Report.

7. No party will be prejudiced by the requested relief and, indeed, all parties join in the request for relief contained herein.

8. The Court has the authority to grant the requested relief pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and its inherent authority.

WHEREFORE, the parties to this case hereby jointly request that the Court enter an Order (1) granting the parties leave to file an Amended Case Management Report as set forth herein, and (2) extending the deadline for Plaintiff's motion for class certification to a date to be proposed by the parties in the Amended Case Management Report, together with such additional relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for all parties have conferred and jointly request the relief sought herein.

Respectfully submitted,

| | |
|---|---|
| s/ Lawrence S. Greenwald | s/Lara J. Tibbals |
| Lawrence S. Greenwald | David T. Knight, FBN 0181830 |
| Gordon Feinblatt Rothman Hoffberger & Hollander LLC | Lara J. Tibbals, FBN 129054 |
| | HILL, WARD & HENDERSON, P.A. |
| 233 E Redwood Street | 101 East Kennedy Boulevard |
| Baltimore, MD 21202-3332 | Post Office Box 2231 |
| Telephone: (410) 576-4264 | Tampa, Florida 33601 |
| Fax: (410) 576-4269 | Telephone: (813) 221-3900 |
| lgreenwald@gfrlaw.com | Facsimile: (813) 221-2900 |
| *Attorney for 3C Incorporated* | dknight@hwhlaw.com |
| *d/b/a Careone Credit Counseling* | ltibbals@hwhlaw.com |
| | *Attorneys for Defendants,* |
| | *Persels & Associates, LLC,* |
| | *Ruther & Associates, LLC,* |
| | *Jimmy B. Persels, Neil J. Ruther* |
| | *Robyn R. Freedman* |

s/Katherine Earle Yanes
Katherine Earle Yanes
Florida Bar No. 0159727
Kynes, Markman & Felman, P.A.
100 S. Ashley Drive, Suite 1300
Tampa, Florida 33602
(813) 229-1118 (Telephone)
(813) 221-6750 (Facsimile)
kyanes@kmf-law.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Lara J. Tibbals
Attorney

4