UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIRANDA L. DAY,
for herself and all persons
similarly situated

     Plaintiff,

v.                                      CASE NO. 8:10-cv-2463-T-33TGW

PERSELS & ASSOCIATES, LLC,
a Maryland limited liability company,
3C INCORPORATED d/b/a CAREONE
CREDIT COUNSELING, a Maryland
corporation, FREEDOM POINT, a Maryland
corporation, ASCEND ONE CORPORATION,
a Maryland corporation,
RUTHER & ASSOCIATES, LLC,
a Maryland limited liability company,
JIMMY B. PERSELS,
ROBYN R. FREEDMAN,
BERNALDO DANCEL,

     Defendants.

_____/

## PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiff Miranda L. Day, on behalf of herself and all other similarly situated

("Plaintiff" or "Day"), by and through undersigned counsel, and pursuant to the Federal Rules

of Civil Procedure 6(b) and Local Rule 3.01, respectfully requests that the Court extend the

time for Plaintiff to file her Amended Complaint. In support of this motion, Plaintiff states as

follows:

1.      The complaint (Doc. 1) was filed on November 4, 2010. On December 14, 2010, Defendants Ascend One Corp., Bernaldo Dancel, and 3C Incorporated, and CareOne filed a Motion to Dismiss For Lack Of Personal Jurisdiction And/Or To Compel Arbitration And Stay Action Or, In The Alternative, To Dismiss Class Action Complaint (Doc. 25) (the "CareOne Group's Motion to Dismiss"). Defendants Robyn R. Freedman, Jimmy B. Persels, Persels & Associates, Neil Ruther, and Ruther & Associates moved to dismiss the complaint on January 14, 2011 (the "Ruther Group's Motion to Dismiss"). Doc. 39.

2.      A hearing was held on the two Motions to Dismiss on April 6, 2011. At that hearing, Plaintiff was provided 30 days within which to amend the complaint.

3.      On May 4, 2011, Plaintiff filed an agreed motion to extend the time to file the Amended Complaint to May 20, 2011. Doc. 79. The Court granted that motion on May 6, 2011. Doc. 81.

4.      On May 9, 2011, the Court entered an order granting a motion to compel arbitration filed by Ascend One, 3C Incorporated, CareOne, and Dancel with respect to the Client Agreement at issue in this case. Doc. 82. That motion to compel arbitration was not granted as to CareOne with respect to the Retainer Agreement at issue in this case.

5.      The granting of that motion necessitated changes in Plaintiff's drafting of the Amended Complaint in this matter, including different causes of actions and naming different parties to the proceeding. Therefore, Plaintiff requests additional time to file the Amended Complaint.

6.      Pursuant to Federal Rule of Civil Procedure 6(b), "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or

without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Here, the time for Plaintiff to file the Amended Complaint has not yet expired. *See R.E.F. Golf Co. v. Roberts Metals, Inc.*, 1992 WL 161041, at *4 (M.D. Fla. June 29, 1992) ("The Court, in its discretion, may order the period of time in which to respond enlarged.").

7.      Plaintiff's counsel has discussed this matter with Lawrence S. Greenwald, Esq., counsel for Defendants Ascend One, CareOne Services, Inc., 3C Incorporated, and Bernaldo Dancel, and counsel has agreed to the relief requested herein.

8.      Plaintiff's counsel has also discussed this matter with Lara J. Tibbals, Esq., counsel for Defendants Ruther & Associates, Persels & Associates, Neil Ruther, Jimmy Persels, and Robyn Freedman, and counsel has agreed to the relief requested herein.

## RULE 3.01(G) CERTIFICATION

The undersigned has conferred with counsel for Defendants, in a good faith effort to resolve the issues raised by this motion, and counsel agrees to the relief requested in this motion.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending

Plaintiff's time to file the Amended Complaint for three (3) weeks, through and including

June 10, 2011, and granting such further relief as this Court deems necessary and proper.

Dated: May 19, 2011

Respectfully submitted,

**LASH & WILCOX PL**
4006 S. MacDill Ave
Tampa, Florida 33611
Phone: (813) 832-3100
Facsimile: (813) 832-5205


_/s/ Gus M. Centrone_
**GUS M. CENTRONE, ESQ.**
Florida Bar No. 30151
e-mail: gcentrone@lashandwilcox.com
Co-counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2011, I presented this *Plaintiffs' Agreed Motion For Extension Of Time To File Amended Complaint* to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system. Further, a copy of the foregoing was served on May 19, 2011 to: David T. Knight, Esq., Hill Ward Henderson, P.A., 101 E. Kennedy Blvd., Ste. 3700, Tampa, FL 33601-2231, dknight@hwhlaw.com; Lara J. Tibbals, Esq., Hill Ward Henderson, P.A., 101 E. Kennedy Blvd., Ste. 3700, Tampa, FL 33601-2231, ltibbals@hwhlaw.com; Matthew A. Leish, Esq., Carlton Fields, P.A., 4221 Boy Scout Blvd, Ste. 1000, Tampa, FL 33607, mleish@carltonfields.com; Lawrence S. Greenwald, Esq., Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, 233 East Redwood Street, Baltimore, Maryland 21202, LGreenwald@gfrlaw.com; Brian L. Moffet, Esq., Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, 233 East Redwood Street, Baltimore, Maryland 21202, bmoffet@gfrlaw.com; Catherine A. Bledsoe, Esq., Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, 233 East Redwood Street, Baltimore, Maryland 21202, cbledsoe@gfrlaw.com, via e-mail.

/s/ Gus M. Centrone
Attorney