UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO. 8:10-CV-2463-T-33TGW    DATE: MAY 20, 2011

TITLE: <u>MIRANDA DAY, et al -v- PERSELS & ASSOCIATES, LLC, et al.</u>
TIME:   2:42 - 3:13

| Honorable THOMAS G. WILSON | Deputy Clerk: Carrie Williams |
|---|---|
| Tape: Digital | Courtroom 12A |

| Attorneys for Plaintiffs: | Katherine Yanes, Gus Centrone, Thomas Lash |
|---|---|
| Attorneys for Defendants: | Matthew Leish, David Knight, Lawrence Greenwald |

**PROCEEDING: PRELIMINARY PRE-TRIAL CONFERENCE**

Court convened; dates in Case Management Report discussed; not contemplating more than 10 interrogatories with 7 hours; discovery to be completed by 9/17/12; dates between motion for summary judgment deadline and trial should be expanded; parties have no objection to moving trial to later in April 2013; other dates and scheduling to be set later; parties considering consenting to trial by Magistrate Judge; scheduling order will include a deadline for discovery-related motions to be 2 weeks after discovery cut-off date; parties have agreed to class certification briefing.