UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIRANDA L. DAY,
for herself and all persons
similarly situated,

    Plaintiff.

v.                                          Case No.: 8:10-cv-2463-T-33TGW

PERSELS & ASSOCIATES, LLC,
et al.,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendants, Persels & Associates, LLC, Ruther & Associates, LLC, Jimmy B. Persels, Neil J. Ruther, Robyn R. Freedman, along with Defendants Care One Services, Inc. and Legal Advice Line, Inc. (collectively referred to as "Defendants") by and through their respective undersigned counsel, and fully reserving any and all defenses, file this unopposed motion for extension of time to file their responses to Plaintiff's Amended Complaint as follows:

    1.    Plaintiff's Amended Complaint was filed on June 10, 2011 (Dkt. No. 98). The current deadline for Defendants to file their responsive pleadings is June 24, 2011.

    2.    Defendants request an additional thirty (30) days to prepare their responses to the Amended Complaint. The requested extension would provide a deadline of July 25, 2011.

3. This motion is made in good faith and not for the purpose of delay or any other improper purpose.

4. The Court has the authority to grant the request made herein pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, as well as the Court's inherent authority.

WHEREFORE, Defendants, Persels & Associates, LLC, Ruther & Associates, LLC, Jimmy B. Persels, Neil J. Ruther, Robyn R. Freedman, Care One Services, Inc., and Legal Advice Line, Inc., respectfully request that this Court enter an Order granting Defendants an extension of thirty (30) days within which to file their respective responses to Plaintiff's Amended Complaint, resulting in a deadline of July 25, 2011, together with such additional relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants have conferred with counsel for Plaintiff and hereby certify that Plaintiff does not oppose the relief requested herein.

Respectfully submitted,

s/ Lawrence S. Greenwald
Lawrence S. Greenwald
Gordon Feinblatt Rothman Hoffberger & Hollander LLC
233 E Redwood Street
Baltimore, MD 21202-3332
Telephone:  (410) 576-4264
Fax:  (410) 576-4269
lgreenwald@gfrlaw.com
*Attorney for 3C Incorporated d/b/a Careone Credit Counseling and Legal Advice Line, Inc.*

s/ David T. Knight
David T. Knight, FBN 0181830
Lara J. Tibbals, FBN 129054
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Boulevard
Post Office Box 2231
Tampa, Florida 33601
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
dknight@hwhlaw.com
ltibbals@hwhlaw.com
*Attorneys for Defendants Persels & Associates, LLC, Ruther & Associates, LLC, Jimmy B. Persels, Neil J. Ruther, Robyn R. Freedman*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 16, 2011, the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ David T. Knight<br>
Attorney

2348816v1