# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MIRANDA L. DAY, for herself and all persons similarly situated, | : : : |
| Plaintiff, | : : |
| v. | : Case No. 8:10-cv-2463-T-TGW : |
| PERSELS & ASSOCIATES, LLC, *et al.*, | : : |
| Defendants. | : : |

## NOTICE OF APPEAL BY OBJECTOR RAYMOND GUNN

Notice is hereby given that objecting class member Raymond Gunn appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action on March 12, 2012 (Doc. 157), granting final approval of the settlement in this case. A check in the amount of the filing fee has been mailed to the District Clerk.

Respectfully submitted,

/s/ *Michael T. Kirkpatrick*
Michael T. Kirkpatrick (pro hac vice)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
(202) 588-1000
(202) 588-7785 (fax)
mkirkpatrick@citizen.org

Altom M. Maglio, Florida Bar No. 88005
Maglio Christopher & Toale, PA
1751 Mound Street, 2nd Floor
Sarasota, FL  34236
(941) 952-5242
(941) 952-5042 (fax)
amm@mctplaw.com

*Attorneys for Objector Raymond Gunn*

**CERTIFICATE OF SERVICE**

      I certify that on April 2, 2012, I electronically filed the foregoing notice of appeal with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                    /s/ *Michael T. Kirkpatrick*
                                    Michael T. Kirkpatrick